FILE COPY

No. 07-18-00215-CR

| | | |
|---|---|---|
| Brian Douglas Rambo<br>  Appellant | § | From the 46th District Court<br>  of Hardeman County |
| | § | |
| v. | | March 20, 2019 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Per Curiam |

**J U D G M E N T**

Pursuant to the opinion of the Court dated March 20, 2019, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o